IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN DAVID STRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 99-H-324-NE |
| | ) | |
| ROY DUNAWAY, RALPH HOOKS, | ) | |
| DAVID WISE, LAURA DAY, JIM HAYES, | ) | |
| and PAUL WHALEY, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
01 SEP 13 AM 8:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 1 3 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a second report and recommendation on August 8, 2001, recommending that the defendants' motion for summary judgment be granted. The plaintiff has filed a timely objection.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to plaintiff's claims and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be GRANTED and these claims are due to be DISMISSED WITH PREJUDICE.

An appropriate order will be entered.

DONE this the 12th day of September, 2001.

JAMES H. HANCOCK
SENIOR JUDGE

54